### UNITED STATES ex rel. Edward A. McCORMICK, Appellant,

v.

### BOARD OF PROBATION AND PAROLE, JEFFERSON CITY, MISSOURI.

No. 15531.

United States Court of Appeals
Eighth Circuit.

March 5, 1956.

Edward A. McCormick, pro se.

George E. MacKinnon, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of United States Attorney for District of Minnesota.

### Ora L. LEE et al., Appellants,

v.

### UNION PACIFIC RAILROAD COMPANY et al.

No. 15530.

United States Court of Appeals
Eighth Circuit.

March 15, 1956.

Samuel D. Slade and Alan S. Rosenthal, Attys., Civil Division, U. S. Dept. of Justice, Washington, D. C., for appellants.

Richard R. Lyman, Toledo, Ohio, Harry L. Welch and James A. Wilcox, Omaha, Neb., for appellees.

PER CURIAM.

Cause remanded to District Court with leave to that Court to take such action on motion as to it may seem mete and proper, on joint application of parties for order remanding cause to District Court with instructions to vacate its judgment and to enter judgment dismissing cause on ground of mootness.

### Matthew J. CONNELLY, Petitioner,

v.

### Rubey M. HULEN, United States District Judge for the Eastern District of Missouri.

No. 15533.

United States Court of Appeals
Eighth Circuit.

March 17, 1956.

Jacob M. Lashly, John H. Lashly and Paul B. Rava, St. Louis, Mo., for petitioner.

Harry Richards, U. S. Atty., St. Louis, Mo., Wyllys S. Newcomb, Sp. Asst. to Atty. Gen., John B. Buckley, Jr., Sp. Atty., Department of Justice, and Albert M. Christopher, Atty., Department of Justice, Washington, D. C., for respondent.

PER CURIAM.

Petition of petitioner for writ of mandamus denied, without prejudice to right of trial court, on its own motion or on motion of the parties, to reconsider the question of transfer at any time before trial should any such change of circumstances develop in the situation as to make it appear to the trial court to be desirable and in the interest of justice to order such transfer.